614

Charles C. Hyde et al., trading as Hyde, Hennings, Westbrook & Watson, appellants, v. Templeton, Kenly & Company, Ltd., appellee. Gen. No. 35,471.

Opinion filed May 17, 1932.

Lawler, Berry & McKerchar and Charles H. Watson, for appellants. Stevens, Carrier & Griffith, for appellee; Lee W. Carrier and Melvin L. Griffith, of counsel.

Mr. Justice Scanlan delivered the opinion of the court.

John Williamson, appellant, v. Marjorie Eaton, appellee.  Gen. No. 35,495.

Opinion filed May 17, 1932.

Richard E. Keogh, for appellant; Charles L. Mahony, of counsel. George C. Bliss, for appellee; Loucks, Eckert & Peterson, of counsel.

Mr. Justice Scanlan delivered the opinion of the court.

Alvin Wozbut, appellant, v. Joe Juris, appellee.  Gen. No. 35,528.

Opinion filed May 17, 1932.

William R. Peacock, for appellant.  No appearance for appellee.

Mr. Justice Scanlan delivered the opinion of the court.

The People of the State of Illinois, defendant in error, v. John Gohman and Louis Franklin, plaintiffs in error.  Gen. No. 35,541.

Opinion filed May 17, 1932.

Forest H. Richards, for plaintiffs in error.  John A. Swanson, State's Attorney, for defendant in error; Albert C. DeWitt and Edward E. Wilson, Assistant State's Attorneys, of counsel.

Mr. Justice Scanlan delivered the opinion of the court.